JS6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDISON NAVONE, LLC, | Case No. 2:18-cv-09170-RSWL-MAA |
| Plaintiff, | |
| v. | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a Connecticut corporation, | |
| Defendant. | |

///

///

///

Having considered the Stipulation to Dismiss the Entire Action with Prejudice filed by Plaintiff Addison Navone, LLC and Defendant Travelers Property Casualty Company of America, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice, and
2. Each Party is to bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: 6/3/2020       By:   s/ RONALD S.W. LEW
                            Honorable Ronald Lew
                            United States District Court Judge